# EXHIBIT 1



Transportation
NETWORK GROUP

## Investment Agreement

This agreement is between Transportation Network Group LLC and PAL Enterprises LLC

This agreement takes place on December 1, 2011 and replaces any other agreement whether written or oral.

PAL Enterprises LLC invests $90,000 in exchange for 50% of the net profit (after expenses) of trailer moves, www.AvailableTrailers.com, and trailer rental, leasing, and sales, and brokerage sales, and truck net revenue. Any additional investment will be used for expansion and growth and will give a 50% return of net profit.

Transportation Network Group LLC will submit payment to PAL Enterprises LLC on the 15th of each month and will be based on the performance and net profit of the company.

PAL Enterprises LLC investment includes capital for the trailer website, brokerage operations, and trailer move project. $10,000 of the initial investment was used for the purchase of land for operational use in the near future.

Transportation Network Group LLC will communicate any issues with PAL Enterprises in regards to the status of the operations.

_____
Philip Nenadov – Transportation Network Group LLC

_____
Sam Lukich – PAL Enterprises LLC

12-1-2011
Date