# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL LUKICH, an individual, and PAL ENTERPRISES, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP NENADOV, an individual, and TRANSPORTATION NETWORK GROUP, LLC, an Illinois Limited Liability Company,<br><br>Defendants. | Case No.: 2013-CV-03723<br><br>Presiding Judge: Robert W. Gettleman<br><br>Magistrate Judge: Arlander Keys |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Attorneys Douglas M. Grom and Robert B. Christie of Henderson & Lyman move this Court to withdraw their appearances as counsel of record for Plaintiffs Samuel Lukich and PAL Enterprises, LLC and in support thereof, state as follows:

1. Douglas M. Grom and Robert B. Christie filed appearances in this matter on May 17, 2013, on behalf of Plaintiffs Samuel Lukich ("Lukich") and PAL Enterprises, LLC ("PAL").

2. On December 16, 2013, Samuel Lukich informed Attorneys Grom and Christie that Lukich and PAL terminated the representation effective immediately.

3. Lukich has not disclosed to Attorneys Grom and Christie the identity of Lukich and PAL's new counsel.

4. Lukich and PAL have been informed, through the attached letter, that it would be in their best interests to have their new attorney file an appearance prior to the status hearing scheduled for Tuesday, January 7, 2014. *See* Exhibit 1.

5. Both Lukich and PAL are included on the service list for this Motion.

WHEREFORE, Attorneys Douglas M. Grom and Robert B. Christie respectfully request the Court to withdraw their appearances as counsel for Plaintiffs Samuel Lukich and PAL Enterprises, LLC.

Dated: December 16, 2013

Respectfully submitted,

DOUGLAS M. GROM and
ROBERT B. CHRISTIE

By:   /s/ Douglas M. Grom
     /s/ Robert B. Christie

Douglas M. Grom
Robert B. Christie
HENDERSON & LYMAN
175 West Jackson Blvd.
Suite 240
Chicago, Illinois 60604
(312) 986-6960
dgrom@henderson-lyman.com
rchristie@henderson-lyman.com