**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | ) | |
|---|---|---|
| Samuel Lukich | ) | Case No: **13 C 3723** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Philip Nenadov | ) | |
| | ) | |

**<u>ORDER</u>**

    Status hearing held.  Motion [13] to withdraw Douglas M. Grom and Robert B. Christie as counsel for plaintiffs is granted.  This case is dismissed without prejudice.

(00:05)

Date:  January 14, 2014

ROBERT W. GETTLEMAN